# In the United States Court of Federal Claims

No. 15-588 C

Filed: June 17, 2015

```
*****************************************
                                        *
GUAM INDUSTRIAL SERVICES, INC.,         *
                                        *
        Plaintiff,                      *
                                        *
v.                                      *
                                        *
THE UNITED STATES,                      *
                                        *
        Defendant,                      *
                                        *
v.                                      *
                                        *
CABRAS MARINE CORP.,                    *
                                        *
        Defendant-Intervenor.           *
                                        *
*****************************************
```

**Lee Dougherty**, Offit Kurman, P.A., Tysons Corner, VA, Counsel for the Plaintiff.

**Amelia R.S.H. Lister-Sobotkin**, United States Department of Justice, Civil Division, Washington, D.C., Counsel for the Government.

**Paul Honigberg**, Blank Rome LLP, Washington, D.C., Counsel for the Defendant-Intervenor.

### PRELIMINARY INJUNCTION ORDER

Pursuant to the June 17, 2015 telephonic status conference, the Government is **preliminarily enjoined** from activity on the disputed contract. An opinion will follow in the coming days.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**